[No. 6604–1–II.   Division Two.   November 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NABIL
FARAG, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–1–00078–2, Robert J. Doran, J., entered July 30, 1982. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6603–3–II.   Division Two.   November 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NABIL
FARAG, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–1–00271–8, Robert J. Doran, J., entered July 30, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6039–0–III.   Division Three.   November 27, 1984.]

LARRY D. HOLQUIST, *Appellant,* v. M & R
DEVELOPMENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–00303–9, Marcus M. Kelly, J., entered December 3, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6698–0–II.   Division Two.   November 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
JAMES ANDERSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 82–1–00037–0, Frank E. Baker, J., entered October 12, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.